1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10 B.L.V.W., by and through his        ) Case No.: CV 07-849 JC
   guardian ad litem, Kim Smith,       )
11                                     ) ORDER AWARDING EQUAL
                                       ) ACCESS TO JUSTICE ACT
12           Plaintiff,                ) ATTORNEY FEES AND EXPENSES
                                       ) PURSUANT TO 28 U.S.C. § 2412(d)
13       vs.                           ) AND COSTS PURSUANT TO 28
                                       ) U.S.C. § 1920
14 MICHAEL J. ASTRUE,                  )
   Commissioner of Social Security,    )
15                                     )
             Defendant                 )
16                                     )

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19     IT IS ORDERED that fees and expenses in the amount of ($3,700.00) as

20 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

21 DATE:     March 8, 2012

22                         _____/s/_____
                           THE HONORABLE JACQUELINE CHOOLJIAN
23                         UNITED STATES MAGISTRATE JUDGE

24

25

26